JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No. ED CV 13-02347 WDK-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **STEPHEN LIM, et al.,** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Stephen Lim, individually and doing business as S Bar and Grill, and CSSD Enterprise, Inc., an unknown business entity doing business as S Bar and Grill, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Stephen Lim, individually and doing business as S Bar and Grill, and CSSD Enterprise, Inc., an unknown business entity doing business as S Bar and Grill, shall pay the plaintiff, Joe Hand Promotions, Inc., $5,000.00 in total damages.

///

///

1    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

2  mail or by telefax or by email, copies of this Judgment on counsel for the

3  defendant or the pro se defendant in this matter.

4

5

6  Dated: September 29, 2015

7  _____

8  William Keller
   United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28